An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| THE CITY OF BOULDER CITY,<br>                    Appellant,<br>          vs.<br>DANIEL D. JENSEN; WALT RAPP;<br>NORBERT KASTL; FRANK L. FISHER;<br>CYNTHIA HARRIS; JAMES C.<br>DOUGLASS; NANCY NOLETTE; AND<br>LINDA F. HENRY-SCHRICK,<br>                    Respondents. | No. 66777<br><br>**FILED**<br><br>FEB 10 2015<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

*ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:     Chief Judge, Eighth Judicial District Court
        Hon. Steven R. Kosach, Senior Judge
        Grant Morris Dodds PLLC
        Linda G. Strickland
        Tracy Strickland
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-04457